BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8946
   Facsimile: (415) 744-0134
   E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JAVIER CAMBEROS DORANTES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 1:14-CV-01301-GSA <br><br> **STIPULATION AND ORDER TO EXTEND TIME** <br><br> (ECF No. 13) |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by the issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, from February 24, 2015 to March 26, 2015, to serve a response to Plaintiff's letter brief.

      There is good cause for this extension as counsel for the Defendant needs additional time to discuss the possibility of settlement with her client. Defendant apologizes to the Court for the delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

                                      Respectfully submitted,

Dated: February 19, 2015        */s/ Young Cho*
                                      Young Cho
                                      (as authorized via email)
                                      Attorney at Law

                                      Attorney for Plaintiff


Dated: February 19, 2015        BENJAMIN B. WAGNER
                                      United States Attorney
                                      DONNA L. CALVERT
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                    By:
                                      */s/ Annabelle J. Yang*
                                      ANNABELLE J. YANG
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## **ORDER**

Based on the stipulation between the parties (ECF No. 13), the Court grants an extension of time for Defendant to serve a response to Plaintiff's letter brief. Defendant shall serve her response on or before March 26, 2015. Any other dates in the Court's Scheduling Order (ECF No. 5) are modified accordingly.


IT IS SO ORDERED.

    Dated:  **February 23, 2015**                **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE