BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAVIER CAMBEROS DORANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br>    Defendant. | Case No. 1:14-CV-01301-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(ECF No. 15) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Office of Disability Adjudication and Review (ODAR) will instruct the Administrative Law Judge (ALJ) to reevaluate Plaintiff's credibility and support the credibility finding with specific evidence in the record. The ALJ will reassess Plaintiff's maximum residual functional capacity and continue the sequential evaluation process.

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 12, 2015 | */s/ Young Cho\** <br> Young Cho <br> *as authorized via email on March 12, 2015 <br> Attorney at Law |
|   | Attorney for Plaintiff |
| Dated: March 12, 2015 | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | */s/ Annabelle J. Yang* <br> ANNABELLE J. YANG <br> Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

## ORDER

Pursuant to the above stipulation, this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the parties' joint stipulation and judgment shall be entered for Plaintiff.

On remand, the Office of Disability Adjudication and Review (ODAR) will instruct the Administrative Law Judge (ALJ) to reevaluate Plaintiff's credibility and support the credibility finding with specific evidence in the record. The ALJ will reassess Plaintiff's maximum residual functional capacity and continue the sequential evaluation process.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff Javier Camberos Dorantes against Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:   **March 17, 2015**                          **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE